NO. 07-07-0019-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 25, 2007
_____

RICHEY STEWART, APPELLANT

V.

MORGAN BUILDINGS & SPAS, INC., APPELLEE
_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-537,371; HONORABLE BILL SOWDER, JUDGE
_____

Before CAMPBELL, HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Richey Stewart perfected this interlocutory appeal from a temporary injunction in a suit brought by appellee, Morgan Buildings and Spas, Inc., to enforce provisions of an employment agreement. The parties have joined in an agreed motion seeking voluntary dismissal of the appeal in accordance with Rule of Appellate Procedure 42.1. Finding the motion complies with the requirements of Rule 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled, we dismiss the appeal.

Having disposed of the appeal at the parties' express request, we will not entertain a motion for rehearing and our mandate will issue forthwith.


James T. Campbell
Justice